CRIMINAL APPEALS
CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2015CR0692

THE STATE OF TEXAS

VS

JOSHUA ALLEN SCHOPPMAN

IN THE 175TH DISTRICT COURT
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/24/2015 2:36:51 PM TEXAS
BEXAR COUNTY, TEXAS
KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial:__ no _X_ yes, date filed: 06-15-2015

2. Notice of appeal was filed on 06-15-2015

3. The Honorable MARY ROMAN _____ presided at the trial ____.

4. The above named defendant was convicted ____ of the offense(s) of POSS W/I DEL CS PG1 4G - 200G

   as a (Repeater)(Habitual)

5. State's appeal attorney: NICHOLAS LAHOOD _____ 300 Dolorosa, Suite 4025, Bexar County Justice
   Center, San Antonio, Texas, 78205 (210)335-2413   SBN: 24030360

6. Trial _____ Attorney(s): MARILYN E BRADLEY

   (Retained/Appointed) Appeals attorney: MICHAEL L YOUNG
   Address & Phone No: 101 W NUEVA 370 PAUL ELIZONDO TOWER SAN ANTONIO, TX, 78205-3406 (210)335-0711   SBN: 794895

   Defendant Pro-Se__ Yes _X_ No

7. The trial held was: ___Trial before the Court        ___Jury trial on guilt only
   ___Jury trial on punishment only        ___Jury trial guilt and punishment
   _X_Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___Pretrial motion heard prior to plea        ___Open/non negotiated plea of guilty/nolo contender
   ___Motion to enter adjudication of guilt ___Motion to revoke community supervision
   ___Other_____

8. The sentence was (suspended) on: 06-03-2015 for a period of: yrs:010 mths:00
   and a fine of $      1,500.00

9. Defendant is presently in: _X_ BCADC ___ TDCJID. Defendant is on ____40,000.00____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: MONICA CRAWFORD 300 DOLOROSA.
    SAN ANTONIO, TEXAS (05/11/2015) & (06/03/2015)

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's
    & cause number) _____

WITNESS MY HAND THIS THE 24th DAY OF June ____, 2015 __

COURT REPORTER(S): *Monica Crawford*                    Date: 6/24/15

KEITH E. HOTTLE, CLERK                                   Date:

BY: _____                         Date: _____
    Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY: _____

LONGORIA, CASSANDRA DIAN          ,DEPUTY

(jsdca)

Cause NO. 2015-CR-0691
2015-CR-0692
2015-CR-0695

THE STATE OF TEXAS

VS.

Joshua Schoppman

IN THE DISTRICT COURT

175th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## NOTICE OF APPEAL FROM NEGOTIATED PLEA

TO THE HONORABLE JUDGE OF SAID COURT:

Come now __Joshua Schoppman__, Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (b)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

   ( ) yes                    (X) no

   and the trial was a

   ( ) jury trial             ( ) non-jury trial

2. The trial commenced on the _____ day of _____, _____, and ended on the _____ day of _____, _____.

3. There was a plea bargain agreement in this cause

   (X) yes                    ( ) no

4. The plea bargain agreement was followed by the Court

   ( ) yes                    (X) no

5. Defendant was sentenced on the __3__ day of __June__, __2015__, and sentence commenced on the on the __3__ day of __June__, __2015__,

6. A motion for New Trial was filed in this cause

   (X) yes                    ( ) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A) the appeal is for a jurisdictional defect (explanation attached hereto);

_____ (B) the substance of the appeal was raised by written motion and ruled on before trial (motion and ruling attached hereto);

__X__ (C) permission to appeal

   ( ) has been granted by trial court        ( ) has been denied by trial court

Respectfully submitted,

_J. Schoppman_

Defendant

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 JUN 15 P 4:13
DEPUTY

THE STATE OF TEXAS

VS.

Joshua Schoppman

IN THE DISTRICT COURT

175th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 JUN 15 P 4 14
BY: _____ DEPUTY

## MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Joshua Schoppman, Defendant in the above styled and numbered cause and files this his Motion New Trial and in support of said motion would show the Court the following:

I.

In this Plea bargain case which defendant's Plea was Nolo contedere The Punishment did exceed The Punishment recommended by the Prosecutor and agreed to by the defendant

II.

No. 2015CR0692

| | |
|---|---|
| STATE OF TEXAS | IN THE DISTRICT COURT |
| v. | 175th JUDICIAL DISTRICT |
| JOSHUA SCHOPPMAN | BEXAR COUNTY, TEXAS |

## ORDER APPOINTING APPELLATE COUNSEL

The Court, in accordance with Article 26.04(f) or 26.052, Code of Criminal Procedure, hereby appoints **Michael Young**, Interim Chief Public Defender (SBN 00794895), to represent Joshua Schoppman, an indigent defendant, in the above-styled and numbered cause.

Such representation shall continue until the appeal in this cause is exhausted or until relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Bexar County Public Defender's Office via fax, at (210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of Appeals of Texas.

SIGNED June 18, 2015.

_____
JUDGE PRESIDING

**REMINDER:  Please contact the Bexar County Public Defender's Office at 335-0701 or vmcdonald@bexar.org before making this appointment to verify that the office is presently accepting new appellate cases.**

Updated 9/23/2014

No. 2015-CR-0692

| | | |
|---|---|---|
| The State of Texas | § | In the 175 District Court |
| vs. | § | of |
| Joshua Allen Schoppman | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☒ is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐ is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐ is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐ is one in which the defendant has waived the right of appeal.

**JUDGE** _Mary Roman_

Date Signed _5-11-15_

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

**DEFENDANT**

Mailing address:_____
Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

**ATTORNEY FOR DEFENDANT**

Bar number: 02824700
Mailing address: 924 Camaron
SA Tx 78212
Telephone: 639-5319
Fax: 320-3445

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).